IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHERWIN FITZGERALD MAY, ) | |
| # 157669, ) | |
| ) | |
| Petitioner, ) | |
| ) | CASE NO. 2:14-CV-966-WKW |
| v. ) | |
| ) | |
| LEON FORNISS, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## **ORDER**

On September 29, 2014, the Magistrate Judge filed a Recommendation (Doc. # 3), and Petitioner has responded that he has no objection to the Recommendation (Doc. # 4). Accordingly, it is ORDERED that the Recommendation is ADOPTED and that this case is TRANSFERRED to the United States District Court for the Northern District of Alabama under the provisions of 28 U.S.C. § 2241(d).

The Clerk of the Court is DIRECTED to take the appropriate steps to effectuate the transfer.

DONE this 16th day of October, 2014.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE